## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

LORENZO HARRIS,

          Petitioner

          v.

COURT OF COMMON PLEAS OF
ALLEGHENY COUNTY,

          Respondent

:  No. 57 WM 2023
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 24th day of January, 2024, the Application for Leave to File Original Process is GRANTED, and the "Writ of Mandamus" is DENIED.